**In the Interest of J.O.P., M.A.P., M.D.P., T.F.E., Plaintiffs,**

**Juvenile Officer, Respondent,**

v.

**T.E. (Mother), Appellant,**

**J.P.E., Defendant.**

**No. WD 59814.**

Missouri Court of Appeals, Western· District.

Nov. 20, 2001.

John A. Lozano, Harrisonville, MO, for appellant.

James E. Hoke, Harrisonville, MO, for plaintiff.

Cathelene L. Winger, Harrisonville, MO, for respondent.

Before HOWARD, P.J., BRECKENRIDGE and NEWTON, JJ.

### ORDER

PER CURIAM.

T.E. (Mother) appeals the termination of her parental rights to her children, M.A.P., T.F.E., M.D.P., and J.O.P. This court finds that the evidence was sufficient for the court to find that termination was appropriate because the children were abused. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 84.16(b).

Before JAMES M. SMART, JR., P.J., HAROLD L. LOWENSTEIN, and JOSEPH M. ELLIS, JJ.